# STRONGIN ROTHMAN & ABRAMS, LLP

50 Broadway, Suite 2003
New York, NY 10004
(212) 931-8300
Fax (212) 931-8319

**NEW JERSEY OFFICE**
70 South Orange Avenue, Suite 215
Livingston, NJ 07039
(973) 758-9301
Fax (973) 758-9302

**DAVID ABRAMS**
Direct Dial (212) 931-8303
E-mail: dabrams@sralawfirm.com

April 11, 2005

**VIA FACSIMILE: 718-797-7386**
Magistrate Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: O'Donnell, Grace-Marie v. Club Mediterranee S.A., et al.
    USDC/EDNY Docket No.: 05-CV-610
    Our File No.:     165-5001

Dear Judge Matsumoto:

  This firm represents defendants in the above matter pursuant to Your Honor's status report Order entered on April 4, 2005, we hereby advise the Court that all defendants have answered the Complaint which have been filed electronically filed today. Defendants are preparing a letter to the Court requesting a pre-motion conference with respect to their intended motion to dismiss this action based on the grounds *forum non-convenience* which later shall be filed shortly.

  If you have any questions, please do not hesitate to contact the undersigned.

            Very truly yours,

            s/*David Abrams*

            DAVID ABRAMS (DA-4758)

DA/sl

cc:

**VIA FACSIMILE: 212-545-0967**
Ravi Batra, Esq.
The Batra Building
142 Lexington Avenue
New York, New York 10016